IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-00249-WYD-MJW

ARTHUR J. GRIFFIN, JR.,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

---

# RECOMMENDATION ON
# PETITIONER\APPLICANT, MOTION FOR, SUMMARY JUDGEMENT [sic] & UPDATE INFORMATION, MOTION TO REOPEN CLOSED CIVIL-ACTION
### (Docket No. 11)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to a Order of Reference to Magistrate Judge entered by District Judge Wiley Y. Daniel on March 25, 2008. (Docket No. 12).

According to the docket, on March 14, 1997, Judge Daniel denied the plaintiff's motion to proceed under 28 U.S.C. § 1915 and dismissed this case and action without prejudice for failure to cure. (Docket No. 10). Now, eleven years later, the pro se plaintiff, who apparently is in the Denver County Jail, filed a "Petitioner\Applicant, Motion For, Summary Judgement [sic] & Update Information, Motion to Reopen Closed Civil-Action." (Docket No. 11). In that document, plaintiff merely states the following:

> Come's, Now, Petitioner\Applicant, Arthur J. Griffin, Jr.  Currently Inmate at Denver County Jail, P.O. Box, 1108 Denver, Colo. 80205, my outside mailing address:  c\p: - 2323, Curtis, Street, Denver, Colo. 80205, (MSG-PH:) (303) <u>291-1577</u>, To move the United States District Court, District of Colorado, City and County of Denver, Denver County, to Honor, Petitioner\Applicant, Motion for Summary Judgement [sic]: Grounds Federal Rules of Civil Procedure, Rule 56(A) & (B)(C): mandates the entry of summary judgment.  <u>Plea of No Contest entered.</u>  Violation of Resistaning [sic].  In the order there was no vistation [sic], victim failed to show-up for hearing.

(Docket No. 11) (emphasis in original).  Based upon the plaintiff's submission, this court finds that there is no basis in law or in fact for the court to re-open plaintiff's 1997 civil action eleven years after it was closed or for the entry of summary judgment.

**WHEREFORE,** for the foregoing reasons, it is hereby

**RECOMMENDED** that the "Petitioner\Applicant, Motion For, Summary Judgement [sic] & Update Information, Motion to Reopen Closed Civil-Action" (Docket No. 11) be denied.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this recommendation to serve and file written, specific objections to the above recommendation with the District Judge assigned to the case.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions.  <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir.**

**1996).**

Date: April 1, 2008                                    s/ Michael J. Watanabe
      Denver, Colorado                              Michael J. Watanabe
                                                          United States Magistrate Judge