IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 97-cv-00249-WYD-MJW

ARTHUR J. GRIFFIN, JR.,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that the plaintiff's Motion for Final Disposition (Docket No. 15) is denied. This court has issued a report and recommendation on plaintiff's motion for summary judgment (Docket No. 14) which will be ruled upon by Judge Daniel in due course after the time for filing objections has expired. It is further

**ORDERED** that the plaintiff's Motion to Amend (Docket No. 18) is denied without prejudice. This court cannot discern what relief plaintiff is seeking in this document.

Date: April 8, 2008