IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 97-cv-00249-WYD-MJW

ARTHUR J. GRIFFIN, Jr.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the Petitioner\Applicant, Motion For, Summary Judgement [sic] & Update Information, Motion to Reopen Closed Civil-Action (docket #11), filed March 17, 2008. The motion was referred to Magistrate Judge Michael J. Watanabe for a recommendation by Order of Reference dated March 25, 2008. Magistrate Judge Watanabe issued a Recommendation on April 1, 2008, that the above referenced motion be denied. (Recommendation at 2.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 2-3.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Watanabe (docket #14) dated April 1, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Petitioner\Applicant, Motion For, Summary Judgement [sic] & Update Information, Motion to Reopen Closed Civil-Action (docket #11), filed March 17, 2008, is **DENIED.**

Dated: April 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge